# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

157569

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 157569
                                    COA: 341853
                                    Kent CC: 88-044714-FC

AARON DAVID MITCHELL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 20, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



a1126

                                  Clerk